UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 20-1305-GW-KKx** | Date: | June 30, 2020 |
| Title: | *Lisa Snyder v. Sherri Kastilahn, et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Plaintiff's Request for Fee Waiver Should Not Be Denied

   The Court is in receipt of Plaintiff Lisa Snyder's Request for Fee Waiver. ECF Docket No. ("Dkt.") 3. Plaintiff alleges her only income is SNAP benefits of $192 per month and she "owns no real estate, substantive jewelry (only cheap), no vehicles, no boats, has no inheritances retirement benefits, etc., o[r] income and no bank accounts." Id. Plaintiff's Request, however, is not supported by a declaration signed under penalty of perjury. See 28 U.S.C. § 1746 (declarations must generally "be signed and certified as true under penalty of perjury"). Hence, the Court is inclined to deny Plaintiff's Request for Fee Waiver. Nevertheless, the Court will allow Plaintiff an opportunity to cure the deficiency in her Request for Fee Waiver.

   Accordingly, if Plaintiff wishes to proceed with this lawsuit, **within thirty (30) days** of the date of this Order she must (1) pay the full $400.00 filing fee; (2) file a request for in forma pauperis status signed under penalty of perjury; or (3) show cause in writing why she is unable to do so. The Clerk of Court is directed to mail Plaintiff a blank copy of the district's form in forma pauperis request (CV-060).

   **Plaintiff is expressly warned that her failure to timely comply with this Order may result in denial of her Request for Fee Waiver.**

   IT IS SO ORDERED.